612

*James A. Lovvorn, pro se.* No appearance for respondent.

No. 483. WILSON *v.* UNITED STATES. November 22, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Thomas M. David* for petitioner. No appearance for the United States.

No. 507. HARTMAN *v.* GREENE. November 22, 1939. Petition for writ of certiorari to the Supreme Court of Louisiana, and motion for leave to proceed further *in forma pauperis,* denied. *Robert A. Hartman, pro se.* No appearance for respondent.

No. 490. UNITED STATES *v.* DESROCHERS. See *ante,* p. 519.

No. 417. NEW WORLD LIFE INSURANCE CO. *v.* UNITED STATES. November 22, 1939. Petition for writ of certiorari to the Court of Claims denied. *Mr. Walter E. Barton* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Guy Patten* for the United States.

No. 453. GOLD, SILVER & TUNGSTEN, INC. *v.* WALLACE, EXECUTOR, ET AL. November 22, 1939. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. Horace N. Hawkins* for petitioner. *Mr. Melvin C. Goss* for respondents.